EMR/RCH:MEF/FTB
F. #2024R00912

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*    MARCH 16, 2026    *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JAMES JOHNSON,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 26-CR-60
(T. 18, U.S.C., §§ 1001(a)(2), 2242(1),
2242(3), 2243(b), 2253(a), 2253(b) and
3551 et seq.; T. 21, U.S.C., § 853(p))

Judge Ramon E. Reyes, Jr
Magistrate Judge Lara K. Eshkenazi

THE GRAND JURY CHARGES:

<u>INTRODUCTION TO ALL COUNTS</u>

At all times relevant to this Indictment, unless otherwise indicated:

1.     The defendant JAMES JOHNSON was employed by the United States Bureau of Prisons ("BOP") as a Correctional Officer and Mentor Coordinator and was assigned to the Metropolitan Detention Center ("MDC"), a BOP facility, in Brooklyn, New York.

2.     In or about and between July 10, 2024 and May 20, 2025, John Doe, an individual whose identity is known to the Grand Jury, was incarcerated at the MDC as a pre-trial detainee.

COUNT ONE
(Sexual Abuse)

3.     The allegations contained in paragraphs one and two are realleged and incorporated by reference as if fully set forth in this paragraph.

4.     In or about May 2025, within the Eastern District of New York and in a Federal prison, to wit: the MDC, the defendant JAMES JOHNSON did knowingly and intentionally cause and attempt to cause John Doe to engage in a sexual act, as defined in Title

2

18, United States Code, Section 2246(2)(B), to wit: contact between the mouth and the penis and between the penis and the anus, by threatening and placing John Doe in fear and without John Doe's consent.

(Title 18, United States Code, Sections 2242(1), 2242(3) and 3551 et seq.)

## COUNT TWO
(Sexual Abuse of a Ward)

5. The allegations in paragraphs one and two are realleged and incorporated by reference as if fully set forth in this paragraph.

6. In or about May 2025, within the Eastern District of New York, the defendant JAMES JOHNSON did knowingly and intentionally engage in a sexual act and attempt to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(B), to wit: contact between the mouth and the penis and between the penis and the anus, with John Doe, who was in official detention at a Federal prison, to wit: the MDC, and who was under the defendant's custodial, supervisory and disciplinary authority.

(Title 18, United States Code, Sections 2243(b) and 3551 et seq.)

## COUNT THREE
(False Statements)

7. The allegations in paragraphs one and two are realleged and incorporated by reference as if fully set forth in this paragraph.

8. On or about October 10, 2025, with the Eastern District of New York and elsewhere, the defendant JAMES JOHNSON did knowingly and willfully make one or more materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the Federal Bureau of Investigation ("FBI") and the Office of Inspector General for the United States Department of Justice ("DOJ-OIG"), in that JOHNSON falsely stated and represented to an FBI

3

agent and a DOJ-OIG agent that he had not engaged in any sexual acts with any inmates at the MDC, when in fact, as JOHNSON then and there well knew and believed, he had engaged in multiple sexual acts with one or more inmates at the MDC.

(Title 18, United States Code, Sections 1001(a)(2) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNTS ONE AND TWO

9.      The United States hereby gives notice to the defendant that, upon his conviction of either of the offenses charged in Counts One and Two, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253(a), which requires the forfeiture of: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real or personal, constituting, or traceable to, gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

10.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the court;

(d)      has been substantially diminished in value; or

4

(e)   has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 2253(a) and 2253(b); Title 21, United States Code, Section 853(p))

A TRUE BILL

_____/s/_____
FOREPERSON

By David Pitluck, Assistant U.S. Attorney
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK