**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FTB
F. #2024R00912

*Select Street Address*
*Select City & State*

March 18, 2026

By E-mail

The Honorable Vera M. Scanlon
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. James Johnson
Criminal Docket No. 26-060 (RER)

Dear Chief Judge Scanlon:

The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Megan E. Farrell
F. Turner Buford
Assistant U.S. Attorney
(718) 254-7000

Enclosure

cc: Clerk of Court (by ECF)
Counsel of Record (by ECF)