**RICHARD PALMA**
**ATTORNEY AT LAW**
**225 BROADWAY- SUITE 715**
**NEW YORK, NEW YORK 10007**

**MEMBER OF THE BAR**
**NEW YORK**

**TEL. (212) 686-8111**
**E-MAIL - rpalma177@gmail.com**

March 25, 2026

**ECF**
**& Email: Felix_Chin@NYED.USCourts.Gov**

Hon. Taryn A. Merkl, U.S.M.J.
U.S. Courthouse E.D.N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: U.S. v. James Johnson, 26 Cr. 60 (RER)
First Defense Request to Modify Conditions of Release To Include Extension of Time to Monday, March 30th for Second Co-signer to Sign Bond Without Opposition by Government.

Dear Judge Merkl:

This is a first defense request, without opposition by the Government, seeking a modification of conditions of release to include an extension of time to Monday, March 30th for Mr. James Johnson's second co-signer to endorse the bond.

If there are any questions, I can be reached immediately on 917-751-5754.

Thank you.

Respectfully submitted,
Richard Palma
Richard Palma