**RICHARD PALMA**
**ATTORNEY AT LAW**
**225 BROADWAY- SUITE 715**
**NEW YORK, NEW YORK 10007**

**MEMBER OF THE BAR**
**NEW YORK**

**TEL. (212) 686-8111**
**E-MAIL - rpalma177@gmail.com**

July 31, 2026

**ECF**

Honorable Ramon E. Reyes, Jr.
United States District Judge
U.S. Courthouse for the E.D.N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: U.S. v. James Johnson, 26 Cr. 60 (RER)
Without Opposition by Government, First Defense Requests a Continuance of August 5th Pretrial Conference to September 17, 2026.

Dear Judge Reyes:

The parties are engaging in plea negotiations which may result in a plea agreement and therefore obviate the need to schedule a trial. For this reason, if acceptable to the Court, the Defense respectfully requests a rescheduling of the upcoming August 5th pretrial conference to September 17th. The Government does not oppose this continuance.

If there are any questions, I can be reached immediately on 917-751-5754.

Thank you.

Respectfully submitted,
*Richard Palma*
Richard Palma