**RICHARD PALMA**
**ATTORNEY AT LAW**
**225 BROADWAY- SUITE 715**
**NEW YORK, NEW YORK 10007**

**MEMBER OF THE BAR**
**NEW YORK**

**TEL. (212) 686-8111**
**E-MAIL - rpalma177@gmail.com**

October 15, 2026

**ECF**

Honorable Ramon E. Reyes, Jr.
United States District Judge
U.S. Courthouse for the E.D.N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: U.S. v. James Johnson, 26 Cr. 60 (RER)
With the Consent of the Government, the Defense Requests that the Court Vacate the October 28, 2026 Pretrial Conference and Reset this Matter for a Change of Plea Hearing for Either October 29 or October 30.

Dear Judge Reyes:

Since I last wrote to the Court, I received a plea agreement which I am confident will be accepted, but considering my professional and personal schedules, I am unable to finalize this matter by the October 28th Pretrial Conference date. For this reason, the parties are requesting that the October 28th Pretrial Conference be vacated and that this matter be set for a Change of Plea Hearing to either the afternoon of Thursday, October 29th or any time on Friday, October 30th. I apologize for any inconvenience this may the Court.

If there are any questions, I can be reached immediately on 917-751-5754.

Thank you.

Respectfully submitted,
*Richard Palma*
Richard Palma