# RICHARD PALMA

**ATTORNEY AT LAW**
**225 BROADWAY- SUITE 715**
**NEW YORK, NEW YORK 10007**

**MEMBER OF THE BAR**
**NEW YORK**

**TEL. (212) 686-8111**
**E-MAIL - rpalma177@gmail.com**


November 6, 2026

**ECF**

Honorable Ramon E. Reyes, Jr.
United States District Judge
U.S. Courthouse for the E.D.N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: U.S. v. James Johnson, 26 Cr. 60 (RER)
Defense Consents to an Exclusion of Time from October 28, 2026 to November 10, 2026 for the Change of Plea Hearing under the Speedy Trial Act. 18 U.S.C. §3162(h)(7)(A) & (B)(iv).

Dear Judge Reyes:

The parties have agreed to a plea agreement and therefore this obviates the need to schedule a trial. The matter is scheduled for a Change of Plea Hearing on November 10, 2026. For this reason, if acceptable to the Court, the Defense consents to an exclusion of time from October 28, 2026 to November 10, 2026 under the Speedy Trial Act. 18 U.S.C. §3162(h)(7)(A) & (B)(iv). The Government joins in this request.

If there are any questions, I can be reached immediately on 917-751-5754.

Thank you.

Respectfully submitted,
*Richard Palma*
Richard Palma