# RICHARD PALMA
**ATTORNEY AT LAW**
**225 BROADWAY- SUITE 715**
**NEW YORK, NEW YORK 10007**

**MEMBER OF THE BAR**
**NEW YORK**

**TEL. (212) 686-8111**
**E-MAIL - rpalma177@gmail.com**


November 9, 2026

**ECF**

Honorable Lara K. Eshkenazi
United States Magistrate Judge
U.S. Courthouse for the E.D.N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: U.S. v. James Johnson, 26 Cr. 60 (RER)
Defense request to continue November 10, 2026 Change of Plea Hearing to the next available date.

Dear Judge Eshkenazi:

First, my apologies to Your Honor for this last-minute cancellation, but I need to meet with Mr. James Johnson again before proceeding with this matter. Second, after consulting with F. Turner Buford, A.U.S.A., and explaining the circumstances, his office does not object to this request to continue the change of plea hearing to the Court's next available date. This is the first time the defense has made this request. Finally, the defense consents to the exclusion of time from November 10th to the next available date set by the Court under the Speedy Trial Act.

If there are any questions, I can be reached immediately on 917-751-5754.

Thank you.

Respectfully submitted,
*Richard Palma*
Richard Palma