LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

November 20, 2026

Via ECF and Email
Honorable Ramon E. Reyes, Jr.
United States District Judge
U.S. Courthouse for the E.D.N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: *U.S. v. James Johnson*, 26 Cr. 60 (RER)

Dear Judge Reyes:

I write, respectfully, regarding the Court's Order of earlier today advancing the date of the status conference in the above-referenced case from Thursday, December 17, 2026, to Wednesday, December 2, 2026.

Unfortunately, I will be in California from December 1, 2026, through December 8, 2026 – though I arrive at JFK at 5:30am on December 9, 2026. I have nothing on my calendar for December 10th or December 11th and am free on December 9th from 11am until 2pm and then I expect I would be available after 4pm.[1]

I apologize for my unavailability; however, this trip was planned and paid months earlier.

I appreciate your Honor's attention to this somewhat embarrassing dilemma.

Respectfully submitted,

Susan Kellman

Susan G. Kellman

cc: Megan E. Farrell
F. Turner Buford
Assistant U.S. Attorneys

[1] I have a status conference in a multi-defendant case before Hon. Natasha E. Merle at 2pm on December 9th.